135 A.3d 1018

**Elmer DAVENPORT, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 35 EM 2016.**

Supreme Court of Pennsylvania.

May 5, 2016.

## ORDER

PER CURIAM.

**AND NOW,** this 5th day of May, 2016, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**